228 So.2d 484

### James C. McDONALD

v.

**Honorable Harry ANDERS, Judge, Fifth Judicial District of Louisiana, Parish of Richland, et al.**

#### No. 50246.

Dec. 11, 1969.

In re: James C. McDonald applying for writs of mandamus and habeas corpus.

The application is denied. The showing made does not warran: the exercise of either our original or supervisory jurisdiction.

I concur in the refusal of writs on the ground, however, that the application does not conform with the rules of this Court.

228 So.2d 484

### STATE of Louisiana

v.

#### Eddie WEBSTER.

##### No. 50257.

Dec. 11, 1969.

In re: Eddie Webster applying for writs of certiorari, prohibition and/or mandamus.

Writ denied. Application is premature. Relator may seek review in event of an adverse judgment revoking probation.